1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

9    RHONDA STATON, an individual,

10

11           Plaintiff,
              vs.

12

13   CITY AND COUNTY OF BUTTE-
14   SILVER BOW; BUTTE-SILVER BOW
     COUNTY SHERIFF ED LESTER, in his
15   individual capacity; and DOES 1-10,

16

17           Defendants.

18

**CASE NO. CV-20-60-BU-BMM**

**Hon. Brian Morris**

**ORDER GRANTING PLAINTIFF'S
MOTION TO VACATE SECOND
AMENDED SCHEDULING ORDER
AND SETTING SCHEDULING
CONFERENCE**

19          Plaintiff having filed a Motion to Vacate the Second Amended Scheduling

20   Order in this matter and good cause appearing, IT IS HERREBY ORDERED that the

21
22   Second Amended Scheduling Order of April 26, 2022 is VACATED.

23          IT IS FURTHER ORDERED that the parties shall appear before the undersigned

24
25   **by telephone** on June 29, 2022 at 1:30 p.m.  The call-in number is as follows:

26

27

28

ORDER GRANTING PLAINTIFF'S MOTION TO VACATE SECOND AMENDED SCHEDULING ORDER AND
SETTING SCHEDULING CONFERENCE

**877-402-9753; access code: 5136505.**                     .

DATED this 27th day of June, 2022.

_____
Brian Morris, Chief District Judge
United States District Court

ORDER GRANTING PLAINTIFF'S MOTION TO VACATE SECOND AMENDED SCHEDULING ORDER AND
SETTING SCHEDULING CONFERENCE