UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| RHONDA STATON,<br><br>Plaintiff,<br><br>vs.<br><br>BUTTE-SILVER BOW LAW ENFORCEMENT DIVISION, et al,<br><br>Defendant. | CV-20-60-BU-BMM<br><br>ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 12th day of February, 2024.

_____
Brian Morris, Chief District Judge
United States District Court