IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| RHONDA STATON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BUTTE-SILVER BOW COUNTY,<br><br>Defendant. | CV-20-60-BU-BMM<br><br><br>SPECIAL VERDICT<br>FORM |

**INSTRUCTIONS:** You must unanimously agree with the answer to each question below. Answer the questions in Step I before you answer the question in Step II. Answer the question in Step II before you answer the questions in Step III. Your presiding juror should sign and date the form at the bottom when you have reached a verdict.

## Step I

**QUESTION 1:** Did Plaintiff Rhonda Staton prove that Defendant Butte-Silver Bow County subjected her to a sexually hostile work environment?

**ANSWER:** Yes _____ No __X__

**QUESTION 2:** Did Plaintiff Rhonda Staton prove that Defendant Butte-Silver Bow County retaliated against her for engaging in a protected activity?

**ANSWER:** Yes __X__ No _____

**QUESTION 3:** Did Plaintiff Rhonda Staton prove that Defendant Butte-Silver Bow County failed to provide her reasonable accommodations for her disability?

**ANSWER:** Yes _____ No \_\_\_X\_\_\_

## Step II

*READ THIS BEFORE YOU PROCEED:* **ONLY ANSWER QUESTION 4 IF YOU ANSWERED YES TO QUESTION 3.** *If you answered NO to Question 3, SKIP QUESTION 4.*

**QUESTION 4:** Did Defendant Butte-Silver Bow County prove that providing reasonable accommodations to Plaintiff Rhonda Staton posed a direct threat to the health and safety of herself or others?

**ANSWER:** Yes _____ No _____

## Step III

*READ THIS BEFORE YOU PROCEED:* **ONLY ANSWER QUESTIONS IN STEP III – that is, Questions 5, 6, and 7 – IF YOU:**
    **ANSWERED YES TO QUESTION 1 or 2**
    **OR**
    **ANSWERED NO TO QUESTION 4**
*If you both answered NO to Questions 1 AND 2, and also either skipped or answered YES to Question 4, SKIP QUESTIONS 5, 6, and 7.*

**QUESTION 5:** What is the total dollar amount, if any, necessary to reasonably compensate Plaintiff Rhonda Staton for income lost prior to trial as a result of Defendant Butte-Silver Bow County's conduct?

ANSWER: $ 175,000.00

**QUESTION 6:** What is the total dollar amount, if any, necessary to reasonably compensate Plaintiff Rhonda Staton for income she will lose in the future as a result of Defendant Butte-Silver Bow County's conduct?

ANSWER: $ 114,000.00

**QUESTION 7:** What is the total dollar amount, if any, necessary to reasonably compensate Plaintiff Rhonda Staton for emotional distress caused by Defendant Butte-Silver Bow County?

ANSWER: $ 60,000.00

The presiding juror must sign and date the Special Verdict Form and notify the Court that you have reached your verdict.

_____ PRESIDING JUROR

2/16/24
Date