UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| RHONDA STATON, | Case No. CV-20-60 -BU-BMM |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| vs. | |
| BUTTE-SILVER BOW COUNTY, | |
| Defendant. | |

  **X**   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

     IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Verdict rendered on February 16, 2024, Document No. 241.

     Dated this 16th day of February, 2024.



TYLER P. GILMAN, CLERK

By: /s/ Shannon Sanderson
Shannon Sanderson, Deputy Clerk