# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| RHONDA STATON,<br>Plaintiff,<br>v.<br>CITY & COUNTY OF BUTTE-SILVER BOW,<br>Defendant | )<br>)<br>)   Case No.:  CV-20-60-BU-BMM<br>)<br>) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __02/20/2024__ against __Plaintiff__,
                                                                      *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................. | $ 0.00 |
| Fees for service of summons and subpoena ............................... | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 8,362.35 |
| Fees and disbursements for printing ........................................... | 55.00 |
| Fees for witnesses *(itemize on page two)* ...................................... | 986.32 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ............................................................. | |
| Docket fees under 28 U.S.C. 1923 ............................................. | |
| Costs as shown on Mandate of Court of Appeals ....................... | |
| Compensation of court-appointed experts ................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ...................................................... | |
| TOTAL | $ 9,403.67 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service           ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:  /s/ Cynthia L. Walker

Name of Attorney:  Cynthia L. Walker

For:  Defendant City & County of Butte-Silver Bow           Date:  03/05/2024
      *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
*Clerk of Court*                    *Deputy Clerk*                      *Date*

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) |||||||||
|---|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| See attached Witness Fees Chart | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $986.32 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## Staton v. BSB
### BSB's Witness Fees

| Name, City and State of Residence | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Costs | |
| Mark Muir, Missoula, MT | 1 | 40.00 | | | 236 | 158.12 | $198.12 |
| Steven M. Johnson, Helena, MT | 1 | 40.00 | | | 136 | 91.12 | $131.12 |
| Leslie Clark, Butte, MT | 1 | 40.00 | | | 4 | 2.68 | $42.68 |
| Michelle Edmunds, Helena, MT | 1 | 40.00 | | | 134 | 89.78 | $129.78 |
| Ed Lester, Butte, MT | 1 | 40.00 | | | 0 | 0 | $40.00 |
| George Skuletich, Butte, MT | 1 | 40.00 | | | 10 | 7.37 | $47.37 |
| Jeff Williams, Butte, MT | 1 | 40.00 | | | 0 | 0 | $40.00 |
| Ray Vaughn, Butte, MT | 1 | 40.00 | | | 0 | 0 | $40.00 |
| Joshua Stearns, Butte, MT | 1 | 40.00 | | | 0 | 0 | $40.00 |
| Brian Sullivan, Butte, MT | 1 | 40.00 | | | 0 | 0 | $40.00 |
| Ryan Hardy, Butte, MT | 1 | 40.00 | | | 0 | 0 | $40.00 |
| George Holland, Butte, MT | 1 | 40.00 | | | 3 | 2.01 | $42.01 |
| George Watson, Bozeman, MT | 1 | 40.00 | | | 172 | 115.24 | $155.24 |
| | | | | | | **TOTAL:** | $986.32 |

| **Office Generated Fees** | Pages | Cost | Total |
|---|---|---|---|
| Copies of trial exhibits | 550 | 0.1 | $55.00 |



TAX I.D. 92-0187493
**NORDHAGEN COURT REPORTING Inc.**
1734 HARRISON AVENUE
BUTTE, MONTANA  59701
(406) 494-2083
QA@mtQA.net

| TO: | | RE: | |
|---|---|---|---|
| | Cynthia L. Walker<br>Attorney at law<br>Boone Karlberg P.C.<br>201 Box 9199<br>Missoula, MT  59807-9199 | | Staton vs. Butte-Silver Bow Law<br>CV-20-60-BU-BMM |
| | | | |

NEVER A MILEAGE CHARGE

| 04/14/22 | | Rhonda Staton   original/e-tran | $ 1375.00 |
|---|---|---|---|
| | | Video    7 hours | 560.00 |
| | | Exhibits | 69.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **Total** | |
| | | | $ 2004.00 |

4293 - 4168

**National Court Reporters Inc**
16600 Sprague Road, Suite 275
Cleveland, OH  44130
(888) 800.9656
accounting@nationalcourtreporters.com
https://www.nationalcourtreporters.com/

**BILL TO**
Cynthia L Walker ESQ
Boone Karlberg PC
201 West Main Street
Suite 300
Missoula, Montana  59807

**NCR Invoice 31962**

DATE 09/29/2022    TERMS Upon Receipt

DUE DATE 10/06/2022

| CASE CAPTION | COURT CASE NUMBER | WITNESS |
|---|---|---|
| Staton v Butte | CV-20-60-BU-BMM | Mark St Pierre/Leslie Clark |

| DATE | SERVICE DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/14/2022 | In-Person Videotaped Depositions | | | |
| 09/14/2022 | **Deposition of**<br>Deposition of Mark St Pierre | | | |
| 09/14/2022 | **E-File Copy Transcript**<br>E-File Copy Transcript<br>Includes Full, Condensed, Word Index, Certification | 122 | 5.95 | 725.90 |
| 09/14/2022 | **Digital Exhibits**<br>Digital Exhibits Black & White/Color<br>Pages/Archived PDF Files | 4 | 1.50 | 6.00 |
| 09/14/2022 | **Transcript Read and Sign/Errata**<br>Witness Read and Sign of Certified Transcript<br>Distribution of the Errata to all Transcripts | 1 | 50.00 | 50.00 |
| 09/14/2022 | **Deposition of**<br>Deposition of Leslie Clark | | | |
| 09/14/2022 | **E-File Copy Transcript**<br>E-File Copy Transcript<br>Includes Full, Condensed, Word Index, Certification | 143 | 5.95 | 850.85 |
| 09/14/2022 | **Digital Exhibits**<br>Digital Exhibits Black & White/Color<br>Pages/Archived PDF Files | 16 | 1.50 | 24.00 |
| 09/14/2022 | **Transcript Read and Sign/Errata**<br>Witness Read and Sign of Certified Transcript<br>Distribution of the Errata to all Transcripts | 1 | 50.00 | 50.00 |

National Court Reporters Inc. is committed to providing

National Court Reporters, Inc./International Court Reporters, LLC is an Ohio Corporation.
All invoices are due upon receipt. Invoices over 30 days are charged 1.8% interest and are
subject to collection in Cuyahoga County, Ohio.

professional, best practice services to the legal community, nationally, internationally, and to the federal government (SAM Certified).

We appreciate your business and look forward to working with you again. Any questions regarding your invoice should be addressed within 5 business days of receipt.

Tax ID Number  202169149

| TOTAL DUE | $1,706.75 |

National Court Reporters, Inc./International Court Reporters, LLC is an Ohio Corporation. All invoices are due upon receipt. Invoices over 30 days are charged 1.8% interest and are subject to collection in Cuyahoga County, Ohio.

4293-4168

# INVOICE

LORETTA J STIFFLER MSW
1129 STEELE ST
BUTTE, MT 59701

3/21/ 2023

Rabb Law Firm, PLLC
3950 Valley Commons Drive,
Suite 1
Bozeman, MT 59718

Payment due upon receipt.  Accounts 45 days past due will incur 1.5% interest

| DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|
| 2.5 hr deposition @$125/hr for Rhonda Staton | $312.50 | $312.50 |
|  |  |  |
|  |  |  |

Remarks / Payment Instructions:

SUBTOTAL

$312.50



TAX I.D. 92-0187493
**NORDHAGEN COURT REPORTING Inc.**
1734 HARRISON AVENUE
BUTTE, MONTANA 59701
(406) 494-2083
Qa@MtQa.net

| TO: | | RE: | |
|---|---|---|---|
| | Cynthia Walker<br>Attorney at Law<br>Boone Karlberg, PC<br>PO Box 9199<br>Missoula, MT 59807-9199 | | Staton vs. City and County of BSB<br>CV-20-60-BU-BMM |
| | | | |

| 02/10/23 | | George Holland   copy/e-tran | $ 705.00 |
|---|---|---|---|
| | | | |
| | | Exhibits | 14.00 |
| | | | |
| | | Total | $ 719.00 |
| | | | |



TAX I.D. 92-0187493
**NORDHAGEN COURT REPORTING Inc.**
1734 HARRISON AVENUE
BUTTE, MONTANA  59701
(406) 494-2083
Qa@MtQa.net

| TO: | | RE: | |
|---|---|---|---|
| | Cynthia Walker<br>Attorney at Law<br>Boone Karlberg, PC<br>PO Box 9199<br>Missoula, MT  59807-9199 | | Staton vs. City and County of BSB<br>CV-20-60-BU-BMM |
| | | | |

| 03/06/23 | | Jeffrey Williams   copye-tran | $ 370.00 |
|---|---|---|---|
| | | | |
| | | | |
| | | Exhibits | 8.00 |
| | | | |
| | | | |
| | | Total | $ 378.00 |
| | | | |

4295-4168



4293-4168

TAX I.D. 92-0187493
**NORDHAGEN COURT REPORTING Inc.**
1734 HARRISON AVENUE
BUTTE, MONTANA  59701
(406) 494-2083
Qa@MtQa.net

| TO: | | RE: | |
|---|---|---|---|
| | Zach Franz<br>Attorney at Law<br>Boone Karlberg, PC<br>PO Box 9199<br>Missoula, MT   59807-9199 | | Staton vs. City and County of BSB<br>CV-20-60-BU-BMM |
| | | | |

| 01/24/24 | | Captain Jeff Williams   original/e-tran | $ 645.00 |
|---|---|---|---|
| | | Video | 285.00 |
| | | Sync   Rhonda Staton | 125.00 |
| | | Sync   Jeff Williams | 75.00 |
| | | | |
| | | | |
| | | Total | $ 1130.00 |
| | | | |



4293-4168
(4-6-23)

TAX I.D. 92-0187493
**NORDHAGEN COURT REPORTING Inc.**
1734 HARRISON AVENUE
BUTTE, MONTANA  59701
(406) 494-2083
Qa@MtQa.net

| TO: | | RE: | |
|---|---|---|---|
| | Cynthia Walker<br>Attorney at Law<br>Boone Karlberg, PC<br>PO Box 9199<br>Missoula, MT  59807-9199 | | Staton vs. City and County of BSB<br>CV-20-60-BU-BMM |
| | | | |

| | | | |
|---|---|---|---|
| 04/03/23 | | Sheriff Ed Lester   copy/e-tran | $ 265.00 |
| | | | |
| | | Exhibits | 17.00 |
| | | | |
| | | | |
| | | Total | $ 282.00 |
| | | | |

7293-4168



**Charles Fisher Court Reporting, Inc.**
*www.fishercourtreporting.com*
442 East Mendenhall
Bozeman, MT 59715
Phone: 406-587-9016

# INVOICE

| | |
|---|---|
| Date | 01/11/2024 |
| Invoice # | KF23-129 |
| Terms | Net 30 |
| Due Date | 02/10/2024 |
| Case | Court: US District - Butte<br>Cause No. CV-20-60-BU-BMM<br>Staton vs. City/County Butte-Si |

Ms. Cynthia L. Walker
Boone Karlberg
PO Box 9199
Missoula, MT 59807-9199

| Item | Service Date | Description | Amount |
|---|---|---|---|
| KF:Deposition-1 Copy | 12/21/2023 | Ed Lester | $104.40 |
| | | INVOICE TOTAL | $104.40 |
| | | Payments Received | $0.00 |
| | | Balance Due | $104.40 |

Thank you for your business!
Please remit to the address above.
Past due invoices will be subject to a
1.25% late fee every 30 days until
balance due is paid in full. Tax ID 81-0459321



**Charles Fisher Court Reporting, Inc.**
442 East Mendenhall
Bozeman, MT 59715
406-587-9016
EIN: 81-0459321

| Date | Invoice # |
|---|---|
| 2/28/2023 | KF23-16 |

✓ 4293-4168

**Bill To**

Ms. Cynthia L. Walker
Boone Karlberg
PO Box 9199
Missoula, MT 59807-9199

Court: US District - Butte
Cause No. CV 20-60-BU-BMM
Staton vs. City/County Butte-Silver Bow

| Terms | Due Date |
|---|---|
| Net 30 | 3/30/2023 |

| Item | Service Date | Description | Amount |
|---|---|---|---|
| Deposition-1 Copy | 2/15/2023 | Michelle Edmunds | 659.20 |

Thank you for your business! Please remit to the address above.
Past due invoices will be subject to a 1.25% late fee every 30 days until balance due is paid in full.

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | **$659.20** |

4293-4168



TAX I.D. 92-0187493
**NORDHAGEN COURT REPORTING Inc.**
1734 HARRISON AVENUE
BUTTE, MONTANA 59701
(406) 494-2083
Qa@MtQa.net

| TO: | | RE: | |
|---|---|---|---|
| | Cynthia Walker<br>Attorney at Law<br>Boone Karlberg, PC<br>PO Box 9199<br>Missoula, MT  59807-9199 | | Staton vs. City and County of BSB<br>CV-20-60-BU-BMM |
| | | | |

| 02/27/23 | | Daniel Brown   original/e-tran | $ 905.00 |
|---|---|---|---|
| | | | |
| | | Exhibits | 6.00 |
| | | | |
| | | | |
| | | Total | $ 911.00 |
| | | | |

4293-4168



TAX I.D. 92-0187493
**NORDHAGEN COURT REPORTING Inc.**
1734 HARRISON AVENUE
BUTTE, MONTANA  59701
(406) 494-2083
Qa@MtQa.net

| TO: | | RE: | |
|---|---|---|---|
| | Cynthia Walker<br>Attorney at Law<br>Boone Karlberg, PC<br>PO Box 9199<br>Missoula, MT   59807-9199 | | Staton vs. City and County of BSB<br>CV-20-60-BU-BMM |
| | | | |

| 03/07/23 | | Lori Stiffler     original/e-tran | $ 460.00 |
|---|---|---|---|
| | | | |
| | | Exhibits | 8.00 |
| | | | |
| | | | |
| | | Total | $ 468.00 |
| | | | |