Michael L. Rabb (#13734)
THE RABB LAW FIRM, PLLC
3950 Valley Commons Drive Suite 1
Bozeman, Montana 59718
Telephone: (406) 404-1747
Facsimile: (406) 551-6847
Email:  service@therabblawfirm.com
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| RHONDA STATON, an individual; | **CASE NO. CV-20-60-BU-BMM** |
| Plaintiff, | **Honorable Brian Morris** |
| vs. | |
| CITY AND COUNTY OF BUTTE-SILVER BOW; | **SATISFACTION OF JUDGMENT** |
| Defendant. | |

On February 16, 2024, Judgment (Doc. 243) was rendered in the above-entitled action in favor of Rhonda Staton, the above-named Plaintiff, and against the City and County of Butte-Silver Bow, the above-named Defendant, in accordance with the Jury Verdict rendered on the 16th day of February 2024 (Doc. 241). On May 31, 2024 the Court entered an Order on Costs (Doc 280), and on June 03, 2024 it

entered an Order on Attorney's Fees (Doc. 281).

Plaintiff Rhonda Staton, by and through her undersigned counsel, hereby acknowledges payment of said Judgment, Attorney's Fees and Costs, from Defendant City and County of Butte-Silver Bow, and provides notice that the Judgment has been satisfied.

Dated:  September 9, 2024        THE RABB LAW FIRM, PLLC

*/s/ Michael L. Rabb*
Michael L. Rabb
*Attorney for Plaintiff*